| DATE | RECEIVED FROM | DESCRIPTION | EFF. DATE | EXP. DATE | RECEIPT NUMBER | REC'D BY | AMOUNT RECEIVED |
|---|---|---|---|---|---|---|---|
| | FAO online pay... | Pay | | | J1161 | 20 G | 157 |

**Atwood & Palazzo Insurance Agency**
565 BROADWAY
PROVIDENCE, R.I. 02909
(401) 272-4340

ALL KINDS OF INSURANCE
"NO ONE EVER REFUSED"

Liability..................................................
Non-Owners..............................................
Medical Payments Coverage.....................
Protection Against Uninsured Motorists (Bod. Inj.)..............
Protection Against Uninsured Motorists (Prop. Dam.)............
Other Than Collision...................................
Collision....................................................
Other _____
Other _____
TOTAL PREMIUM.......................................

| Limits/Deductible | Premiums |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL $ | |

INSTALLMENT AMOUNT $ _____ DATE DUE _____ AND _____

**RETAIN THIS RECEIPT FOR YOUR RECORDS**

.... TRANSFER on policy #31561637-1

Agency Name: ATWOOD INS AGCY LTD
Agency Address: 565 BROADWAY,
PROVIDENCE RI-02909
Confirmation number: 190606
Policy number: 31561637-1
Payment amount: $157.83
Payment receipt date: 8/14/2012 11:55:49 AM

Signature of Agent: _____

https://www.foragentsonly.com/managepolicies/policy/...



EXHIBIT C

Date: 12/4/2012 12:21 PM
Estimate ID: 12-2654933-01
Estimate Version: 0
Preliminary
Profile ID: * RI Allexceptamsm

## PROGRESSIVE

2200 Hartford Ave RI LIC#2014753, Johnston, RI 02919
(401) 822-6113
Fax: (401) 822-6123

Damage Assessed By: DAVID HORTA (401) 265-2454      Claim Rep: TIMOTHY MONK
                                                              (401) 822-6158

FOR SUPPLEMENTS, PLEASE CALL (401) 265-2454

*Pending CVG/Liab investigation*

*No LOU ASAP*

*12-17 No TOW 692958*

* Product Type:   Auto
* Date of Loss:   11/17/2012
  Contact Date:   12/4/2012
* Deductible:     NONE
* Claim Number:   12-2654933-01

  Insured:    LISA ROBERTSON
  Owner:      RICHMOND MOTOR SALES AND RENTAL
  Address:    700 NORTH MAIN STREET, PROVIDENCE, RI 02904
  Telephone:  Work Phone:   (401) 369-7779              Contact Phone: (401) 369-7779

  Mitchell Service: 911451

  Description:    2012 Toyota Camry LE                   Vehicle Production Date: 12/11
  Body Style:     4D Sed                                 Drive Train: 2.5L Inj 4 Cyl 6A FWD
  VIN:            4T1BF1FK5CU040122
  Mileage:        18,943
  OEM/ALT:        A                                      Search Code: WARWICKW2
  Color:          Silver Metallic
  Options:        PASSENGER AIRBAG, DRIVER AIRBAG, POWER LOCK, POWER WINDOW, REAR WINDOW DEFOGGER
                  MANUAL AIR CONDITION, CRUISE CONTROL, TILT STEERING COLUMN
                  TELESCOPIC STEERING COLUMN, ANTI-LOCK BRAKE SYS., TRACTION CONTROL, FOG LIGHTS
                  AUXILIARY INPUT, IPOD ADAPTER, FRONT AIR DAM, TINTED GLASS, TRIP COMPUTER
                  VARIABLE ASSISTED STEERING, SIDE AIRBAGS, ANTI-THEFT SYSTEM
                  AUTOMATIC HEADLIGHTS, SECOND ROW SIDE AIRBAG, SIDE HEAD CURTAIN AIRBAGS
                  DAYTIME RUNNING LIGHTS, AM/FM STEREO CD/MP3 PLAYER, ELECTRONIC STABILITY CONTROL
                  FRONT BUCKET SEATS, INTERIOR AIR FILTER, KEYLESS ENTRY SYSTEM, POWER DISC BRAKES
                  POWER LIFTGATE\TRUNK, REAR WINDOW DIVERSITY ANTENNA
                  STEERING WHEEL AUDIO CONTROLS

| Line Item | Entry Number | Labor Type | Operation | Line Item Description | Part Type/ Part Number | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|
| | | | | Front Bumper | | | |
| 1 | 101303 | BDY | REMOVE/INSTALL | Frt Bumper Cover | | | 1.3 # |
| 2 | 100744 | BDY | REPAIR | Frt Bumper Cover | Existing | | 0.5* # |
| 3 | | REF | REFINISH | Frt Bumper Cover | | | 2.4 |
| 4 | 100753 | BDY | REMOVE/INSTALL | Frt Bumper License Plate Bracket | Existing | | 0.2 r |
| 5 | 100754 | BDY | REMOVE/INSTALL | Frt Lwr Bumper Cover Grille | Existing | | 0.4 #r |
| 6 | 100755 | BDY | REMOVE/INSTALL | R Frt Bumper Fog Lamp Opening Cover | Existing | | 0.2 #r |
| 7 | 100756 | BDY | REMOVE/INSTALL | L Frt Bumper Fog Lamp Opening Cover | Existing | | 0.2 #r |
| | | | | Cooling | | | |
| 8 | 102473 | BDY | REMOVE/INSTALL | Radiator | | | 2.2 # |
| 9 | | BDY | REMOVE/INSTALL | Grille Assy | | | INC # |
| | | | | A/C /Heater/Ventilation | | | |

ESTIMATE RECALL NUMBER: 12/04/2012 12:21:03 12-2654933-01
Mitchell Data Version:    OEM: NOV_12_V1129
                          MAPP: NOV_12_V           Copyright (C) 1994 - 2012 Mitchell International           Page 1 of 5
Software Version:         7.0.482                  All Rights Reserved

Date: 12/4/2012 12:21 PM
Estimate ID: 12-2654933-01
Estimate Version: 0
Preliminary
Profile ID: * RI Allexceptamsm

| # | Code | Type | Operation | Description | | Part# | Price | Hrs |
|---|---|---|---|---|---|---|---|---|
| 10 | 100049 | MCH | REMOVE/INSTALL | A/C Condenser | -M | | | 0.8 # |
| 11 | | MCH | REMOVE/REPLACE | Evacuate & Recharge A/C | -M | | | 1.4 |
| 12 | 100051 | MCH | REMOVE/REPLACE | A/C Refrigerant Recovery | -M | | | 0.3 |
| | | | | Front Inner Structure | | | | |
| 13 | 100105 | BDY | REPAIR | Front Body Front Crossmember | -S | Existing | | 2.0* |
| 14 | | REF | REFINISH | Rad Supt Crossmember | | | | 0.8 |
| 15 | 100186 | MCH | REMOVE/REPLACE | Sub-Frame | -M | 51100-07030 | 1,515.05 | 8.7 # |
| 16 | 100245 | MCH | REMOVE/REPLACE | R Frt Sub-Frame Brace | -M | 51035-07010 | 72.38 | |
| 17 | 100246 | MCH | REMOVE/REPLACE | L Frt Sub-Frame Brace | -M | 51036-07010 | 72.38 | |
| 18 | 100247 | MCH | REMOVE/REPLACE | R Sub-Frame Brace | -M | 51023-07010 | 62.90 | |
| 19 | 100248 | MCH | REMOVE/REPLACE | L Sub-Frame Brace | -M | 51024-07010 | 62.90 | |
| | | | | Front Suspension | | | | |
| 20 | 100765 | MCH | ALIGN | Four Wheel | -M | | | 2.4 |
| | | | | Engine/Trans | | | | |
| 21 | 100983 | MCH | REMOVE/REPLACE | Engine Oil Pan | -M | 12101-0V010 | 140.33 | 2.6 |
| | | | | Engine/Body Under Covers | | | | |
| 22 | 102124 | BDY | REMOVE/REPLACE | R Engine Under Cover | | 51441-06150 | 77.12 | 0.3 |
| 23 | 102127 | BDY | REMOVE/REPLACE | L Engine Under Cover | | 51442-06140 | 98.06 | 0.3 |
| 24 | 100569 | BDY | REMOVE/REPLACE | Rear Engine Under Cover | | 57628-06070 | 154.90 | 0.5 |
| | | | | Exhaust | | | | |
| 25 | 101887 | BDY | REMOVE/REPLACE | Frt Exhaust Gasket | | 17451-0V020 | 42.84 | |
| 26 | 101889 | MCH | REMOVE/REPLACE | Frt Exhaust Pipe | -M | 17410-0V100 | 1,039.07 | 0.9 |
| 27 | 101891 | BDY | REMOVE/REPLACE | Rear Exhaust Gasket | | ** Non-OEM | 5.97 | |
| | | | | Rocker/Pillars/Floor | | | | |
| 28 | 100833 | BDY | REPAIR | Floor Panel | | Existing | | 4.0* |
| 29 | | | | =[2 hrs on floor, 1 on each rail]= | | | | |
| | | | | Fuel Tank | | | | |
| 30 | 102197 | MCH | REMOVE/REPLACE | Fuel System Tank | -M | 77001-06190 | 542.87 | 2.8 # |
| 31 | | BDY | REMOVE/INSTALL | Rear Seat Assy | | | | 0.6 |
| 32 | 102194 | BDY | REMOVE/REPLACE | L Fuel System Tank Strap | | 77602-06090 | 77.12 | |
| | | | | Rear Bumper | | | | |
| 33 | 100012 | BDY | REMOVE/INSTALL | Rear Bumper Cover | | | | 1.0 |
| 34 | 101535 | BDY | REPAIR | Rear Bumper Cover | | Existing | | 0.5* |
| 35 | | REF | REFINISH | Rear Bumper Cover | | | C | 2.8 |
| | | | | ADDITIONAL OPERATIONS | | | | |
| 36 | | REF | ADD'L OPR | Clear Coat | | | | |
| 37 | 933004 | BDY | ADD'L OPR | UNDERCOATING | | | 10.00 * | 0.2* |
| 38 | 933005 | BDY | ADD'L OPR | RESTORE CORROSION PROTECTION | | | 15.00 * | 0.3* |
| | | | | Additional Costs & Materials | | | | |
| 39 | | | ADD'L COST | Paint/Materials | | | 335.25 * | |
| | | | | MANUAL ENTRIES | | | | |
| 40 | 900500 | BDY * | ADD'L LABOR OP | Re-attach lines under vehicle | | Existing | | 1.0* |
| 41 | 900500 | GLS * | REPAIR | FLEX ADDITIVE | | Sublet | 12.00 * | 0.0* |
| 42 | 900500 | REF * | REMOVE/REPLACE | COVER CAR FOR OVERSPRAY | | Sublet | 5.00 * | 0.2* |
| 43 | 900500 | REF * | ADD'L LABOR OP | HAZARDOUS WASTE DISPOSAL | | Existing | | 0.3* |

\* - Judgment Item
\# - Labor Note Applies
\*\* Non-OEM - Non-Original Equipment Manufacturer Replacement Part
C - Included in Clear Coat Calc
r - CEG R&R Time Used For This Labor Operation

Date: 12/4/2012 12:21 PM
Estimate ID: 12-2654933-01
Estimate Version: 0
Preliminary
Profile ID: * RI Allexceptamsm

NAPA AUTO PARTS
CALL YOUR LOCAL STORE
OR CALL 1-800-LET-NAPA

(800) 538-6272
27    ** 60906              5.97

**Remarks**
- veh under 30 months, lkq subframe and gas tank and a/m front pipe
search only
lkq
qrp: nothing lkq shows
a/m:napa, s/w dave, n/a front pipe

THE OWNER OF THE VEHICLE MAY SELECT THE REPAIR FACILITY OF HIS/HER
CHOICE.

PURSUANT TO RHODE ISLAND LAW, THE CONSUMER HAS THE RIGHT TO CHOOSE THE
 REPAIR FACILITY TO COMPLETE REPAIRS TO A MOTOR-VEHICLE; AND AN
INSURANCE COMPANY MAY NOT INTERFERE WITH THE CONSUMER'S CHOICE OF
REPAIRER.

# Estimate Totals

| I. Labor Subtotals | Units | Rate | Add'l Labor Amount | Sublet Amount | Totals | II. Part Replacement Summary | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Body | 15.7 | 45.00 | 25.00 | 0.00 | 731.50 | Taxable Parts | | | 3,963.89 |
| Refinish | 8.6 | 45.00 | 0.00 | 0.00 | 387.00 | Sales Tax | @ | 7.000% | 277.47 |
| Glass | 0.0 | 45.00 | 0.00 | 12.00 | 12.00 | | | | |
| Mechanical | 19.9 | 60.00 | 0.00 | 0.00 | 1,194.00 | Non-Taxable Parts | | | 5.00 |
| | Non-Taxable Labor | | | | 2,324.50 | Total Replacement Parts Amount | | | 4,246.36 |
| Labor Summary | 44.2 | *9 DAYS* | | | 2,324.50 | | | | |

| III. Additional Costs | | | | Amount | IV. Adjustments | Amount |
|---|---|---|---|---|---|---|
| Taxable Costs | | | | 335.25 | Insurance Deductible | 0.00 |
| Sales Tax | @ | 7.000% | | 23.47 | | |
| Total Additional Costs | | | | 358.72 | Customer Responsibility | 0.00 |
| Paint Material Method: RMC | | | | | | |

|  | | |
|---|---|---|
| | Total Labor: | 2,324.50 |
| II. | Total Replacement Parts: | 4,246.36 |
| III. | Total Additional Costs: | 358.72 |
| | Gross Total: | 6,929.58 |

ESTIMATE RECALL NUMBER: 12/04/2012 12:21:03 12-2654933-01
Mitchell Data Version:   OEM: NOV_12_V1129
                         MAPP:NOV_12_V        Copyright (C) 1994 - 2012 Mitchell International      Page  3  of  5
Software Version:        7.0.482                          All Rights Reserved

| | | |
|---|---|---|
| | Date: | 12/4/2012 12:21 PM |
| | Estimate ID: | 12-2654933-01 |
| | Estimate Version: | 0 |
| | Preliminary | |
| | Profile ID: | * RI Allexceptamsm |

IV.   Total Adjustments:          0.00
      Net Total:              6,929.58

THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF AFTERMARKET CRASH
PARTS SUPPLIED BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR
VEHICLE. WARRANTIES THAT APPLY TO THESE REPLACEMENT PARTS ARE PROVIDED BY
THE MANUFACTURER, DISTRIBUTOR, OR INSURER OF THESE PARTS.

### This is a preliminary estimate.
### Additional changes to the estimate may be required for the actual repair.

Point(s) of Impact
21 Undercarriage (P)

Alt. Location:  PROGRESSIVE INSURANCE

Inspection Site:  DEAN.
      Address:  700 N MAIN ST
                Providence, RI 02904
                (401) 421-4700
Inspection Date:  12/4/2012

All manufacturers requirements regarding seat belt and supplemental
restraint system replacement must be adhered to. If additional parts
or operations are necessary to properly accomplish this, please
contact the estimating claims rep.

THIS IS A DAMAGE ASSESSMENT ONLY - NOT AN AUTHORIZATION TO REPAIR -
BASED ON DAMAGE VISIBLE OR CERTAIN AT THE TIME IT WAS WRITTEN.

IF FRAME OR UNIBODY REPAIR IS INCLUDED ON THIS ESTIMATE, THE AMOUNT
SHOWN INCLUDES TIME OR ALLOWANCE FOR MEASURING BEFORE, DURING AND
AFTER THOSE REPAIRS.

TO ENSURE PROPER AND PROMPT PAYMENT FOR ADDITIONAL DAMAGE DISCOVERED
DURING THE COURSE OF REPAIRS, CONTACT PROGRESSIVE FOR SUPPLEMENT
HANDLING PROCEDURES.

PROGRESSIVE HONORS THE PREVAILING LABOR MARKET RATE IN YOUR AREA FOR
YOUR PROPERTY. IF YOU CHOOSE A SHOP THAT CHARGES IN EXCESS OF
PREVAILING LABOR MARKET RATES, YOU WILL BE RESPONSIBLE FOR THE
DIFFERENCE.

     The replacement parts written on the estimate are intended to
return your vehicle to its pre-loss condition with proper
installation.
     After repair, if any sheet metal or plastic body part included in the

|  |  |
|---|---|
|  | Date: 12/4/2012 12:21 PM |
|  | Estimate ID: 12-2654933-01 |
|  | Estimate Version: 0 |
|  | Preliminary |
|  | Profile ID: * RI Allexceptamsm |

estimate fails to return your vehicle to its pre-loss condition (assuming proper installation), in terms of form, fit, finish, durability or functionality, Progressive will arrange and pay for the replacement of the part, to the extent not covered by a manufacturer's or other warranty. This service will be performed at no cost to you (including associated repair and rental car costs). To obtain service under this Guarantee, call Progressive at 1-800-274-4641. This Guarantee applies as long as you own or lease the vehicle. This Guarantee is not transferable and terminates if you sell or otherwise transfer your vehicle.

THIS GUARANTEE DOES NOT COVER NORMAL WEAR AND TEAR OR DAMAGE CAUSED BY IMPROPER MAINTENANCE, NEGLECT, ABUSE OR SUBSEQUENT ACCIDENT. THIS GUARANTEE IS LIMITED TO ARRANGING FOR THE SELECTION OF REPAIR PARTS THAT WILL RETURN YOUR VEHICLE TO ITS PRE-LOSS CONDITION. ACCORDINGLY, PROGRESSIVE WILL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES THAT RESULT FROM THE INSTALLATION OR USE OF THESE PARTS.

Part Type Terms and Abbreviations

NEW and OEM or part number displayed - These refer to a new, original equipment manufacturer part.
NON-OEM and A/M and Qual REPL - These refer to an after-market part, which is a new, non-original equipment manufacturer part.
USED/RECYCLED and LKQ - These refer to a used OEM part.
REMANUFACTURED and RECOND. and RECORE - These refer to used/recycled OEM parts that have been refurbished.

REPAIR SHOP'S AUTHORIZED REPRESENTATIVE'S SIGNATURE INDICATING AGREEMENT ON COST TO RETURN THE VEHICLE TO PRE-LOSS CONDITION INCLUDING TOW/STORAGE CHARGES:

SHOP SIGNATURE: _____   EST. COMPLETION DATE: _____

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

ESTIMATE RECALL NUMBER: 12/04/2012 12:21:03 12-2654933-01
Mitchell Data Version:  OEM: NOV_12_V11 29
                        MAPP: NOV_12_V
Software Version:       7.0.482

Copyright (C) 1994 - 2012 Mitchell International
All Rights Reserved

Page 5 of 5

12/ 4/2012 12:20 PM

PROGRESSIVE
2200 Hartford Ave RI LIC#2014753, Johnston, RI   02919

REFINISH  MATERIALS  CALCULATION  REPORT

ROBERTSON, LISA                         License:
87 POTTER ST                            Vehicle:      2012 Toyota
CRANSTON, RI 02910                      Estimate ID:  12-2654933-01
(401) 871-9262                          Repair Order: 0

Paint Code 1    1F7 Silver Metallic                   Color & Clear   Solventborne

|  |  | Units | $/Per | Cost |
|---|---|---|---|---|
| Refinishing | | | | |
| | Paint Code 1 Time Less Overlap: | 6.40 | | 276.73 |
| | Paint Code 2 Time Less Overlap: | 0.00 | | 0.00 |
| | Blend 1 Time: | 0.00 | | 0.00 |
| | Blend 2 Time: | 0.00 | | 0.00 |
| | Buffing/Polishing: | 0.00 | 7.85 | 0.00 |
| | Additional Refinishing Materials: | | | 0.00 |
| | Refinishing Materials Subtotal: | | | 276.73 |
| Bodywork | | | | |
| | Metal Materials: | 6.00 | 5.95 | 35.70 |
| | Fiberglass Materials: | 0.00 | 10.01 | 0.00 |
| | Plastic 'Flex' Materials: | 1.00 | 22.82 | 22.82 |
| | Additional Bodywork Materials: | | | 0.00 |
| | Body Materials Subtotal: | | | 58.52 |
| | Adjustment: | | 0.00 % | 0.00 |
| | GRAND TOTAL: | | | 335.25 |

Copyright (C) 1994 - 2012 Mitchell International    Page 1 of 1
All Rights Reserved

## AUTHORIZATION TO INSPECT AND EXTRACT VEHICLE DATA FOR INSURANCE CLAIM ADJUSTMENT

I hereby authorize the company identified below ("Company") and corporate affiliates and persons acting on its behalf to have access to my

VEHICLE:	Year: 2012

Make: Toyota

Model: Camry

Vehicle ID: 4T1BF1FK5CU040122

for inspection and evaluation in connection with adjusting insurance claims arising from a reported loss involving that vehicle with respect to the claim number stated below.

I understand that the inspection and evaluation may require extraction or downloading of data from an event data recorder (an "EDR module") and/or other electronic data-recording device. In some instances, the extraction may require removal and reinstallation of parts for access to the EDR module and/or other electronic data-recording device.

I understand that extracted data may be provided to third parties for analysis and evaluation of the data.

I understand that the information obtained from the inspection, extraction of data, and analysis could be used to validate information provided by me or from other sources, and could be used for various other claims purposes including, but not limited to, determining liability (fault), the evaluation of claims, and pursuit of the Company's recovery (subrogation) rights.

I understand this authorization is voluntary and that I may terminate it at any time prior to extraction by submitting my termination in writing to the Company. I further understand that my refusal to sign this authorization, or my termination of such authorization, will not be used as a basis for denial of my claim(s). This authorization shall automatically terminate (if not earlier terminated by me) upon settlement of all claims relating to the claim number below, although in such event the Company shall have the right to retain all information obtained in connection with the inspection, extraction of data, and evaluation.

A photocopy or facsimile of this authorization will be considered as effective and valid as the original. I will receive a copy of this authorization upon request.

CLAIM NO: 12-2654933

**Progressive Casualty**
Name of company that issued policy

Lisa Robertson    RICHMOND MOTOR SALES
Printed name of policyholder/owner/claimant

_____    12·31·12
Signature of policyholder/owner/claimant    Date

Printed name of parent, guardian, or representative (if applicable)

_____    _____
Signature of parent, guardian, or representative (if applicable)    Date

Form No. Z849 XX (06/12)

# BODY SHOP REPAIR ORDER

**DEAN AUTO COLLISION CENTER, INC.**
700 N. Main St.
Providence, Rhode Island 02904
Phone (401) 421-4700
Lic. #11

Date: 12-27-12

| Name | Address | City | State |
|---|---|---|---|
| Richmond Robertson | | | |

| Phone | Year | Make | Model | Color | Type | License |
|---|---|---|---|---|---|---|
| 871-9262 | 12 | Toyota | Camry | Silver | 590-22 | |

VIN: 4T1BF1FK3CU019193

Repair as Per Estimate Form

| P&G COST | DESCRIPTION & PARTS NO. | AMOUNT |
|---|---|---|
| 10530 | Front Bumper | |
| | Lower Radiator | |
| | Support | |
| | A/C Radiator | |
| | Upper Candense | |
| | Engine Cradle | |
| | Floor L + R | |
| | Exhaust | |
| | Gas Tank | |
| | Rear Shields | |

Sublet

Used Parts: ☐ Return  ☐ Discard

Total Parts:

**NOT RESPONSIBLE FOR ANY PERSONAL ITEMS LEFT IN VEHICLE.** I hereby authorize the above repair work to be done along with the necessary materials. You and your employees may operate the above vehicle for purposes of testing, inspection or delivery at any risk. An express mechanic's lien is acknowledged on the above vehicle to secure the amount of repairs thereof. You will not be held responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, accident or any other cause beyond your control. STORAGE WILL BE CHARGED. FORTY-EIGHT HOURS.

| | HOURS | AMOUNT |
|---|---|---|
| LABOR | | |
| FRAME | | |
| PAINT MAT. | | |
| BODY MAT. | | |
| PARTS | | |
| TOWING | | |
| STORAGE | | |

Date: 11-27-12
Ref. By: Progressive
Date of Loss: 11-17-12
A.M. / Time P.M.
Police: Yes
Report: No
Driver: LISA Robertson
Phone#: 871-9262
Address: 87 Potter St Cranston RI 02910
Owner: Richmond
Phone#:
Address:
Ins. Co: Progressive
Phone#: 1-888-552-8330
Agent:
Phone#:
Adjuster: Tim Monk
Phone#: 1-401-822-6158
Appraiser:
Phone#:

**Type of Loss**
Coll., Theft, Vand., Fire, Liab. (Coll circled)
Claim#: 122654933
Towing Amt: NO

Place of Loss:
Vehicle Make: Toyota   Year: 2012   Model: Camry   Serial No.:
Reg. #: GP-202   Color: Silver   Mileage:
Vehicle Loaned:   Make:   Model:   Serial No.:
Remarks: Dale S/u Claim with Insured

**Claim**
Assd.:
-fax- Phone#: 1-401-954-0230
AddressDriver:   Address:
Vehicle Make:   Year:   Reg.#:   Model:   Serial No.:
Ins. Co.:   Phone:
Agy.:   Phone:
Adjuster:   Phone:
Appraiser:   Phone#:
Remarks: Ran over Curb At State house

STATE OF RHODE ISLAND

| | |
|---|---|
| PROVIDENCE COUNTY, SC | SUPERIOR COURT<br>C.A. NO.: 2013-5406 |

RICHMOND MOTOR SALES, INC.,  )
and LISA ROBERTSON              )
    *Plaintiffs*                        )
                                          )
vs.                                   )
                                          )
PROGRESSIVE CASUALTY        )
INSURANCE COMPANY a/k/a THE )
PROGRESSIVE CORPORATION  )
    *Defendant*                         )

## ANSWER OF THE DEFENDANT, PROGRESSIVE CASUALTY INSURANCE COMPANY TO THE AMENDED COMPLAINT OF THE PLAINTIFFS, RICHMOND MOTOR SALES, INC. AND LISA ROBERTSON

### FIRST DEFENSE

The defendant, Progressive Casualty Insurance Company, answers the separately numbered paragraphs of the Complaint as follows:

1. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

3. The defendant denies the allegations contained in this paragraph.

4. The Complaint speaks for itself.

5. The defendant denies the allegations contained in this paragraph.

6. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

7. The defendant is without knowledge or information sufficient to form a

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK

2014 JAN 10  A 8: 39

belief as to the truth of the allegations contained in this paragraph.

8. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

9. The defendant denies the allegations contained in this paragraph.

10. The defendant admits the allegations contained in this paragraph.

11. The defendant admits only that it has not issued payment to Richmond.

12. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

## COUNT I
(Declaratory Judgment as to the Violation of Liability Insurance Coverage)

13. The defendant's answers to paragraphs 1 through 12 are repeated, reasserted and incorporated herein by reference.

14. The statute speaks for itself.

15. The defendant denies the allegations contained in this paragraph.

16. The defendant denies the allegations contained in this paragraph.

17. The defendant denies the allegations contained in this paragraph.

## COUNT II
(Bad Faith/ Breach of Implied Good Faith Against the Defendant)

18. The defendant's answers to paragraphs 1 through 17 are repeated, reasserted and incorporated herein by reference.

19. The defendant denies the allegations contained in this paragraph.

20. The defendant denies the allegations contained in this paragraph.

21. The defendant denies the allegations contained in this paragraph.

## COUNT III

(Damages)

22. The defendant's answers to paragraphs 1 through 21 are repeated, reasserted and incorporated herein by reference.

23. The defendant denies the allegations contained in this paragraph.

24. The defendant denies the allegations contained in this paragraph.

## SECOND DEFENSE

The plaintiff has failed to meet the requirements necessary to maintain a direct action against an insurer under G.L. § 27-7-2 and thus has no standing under Rhode Island law.

## THIRD DEFENSE

The plaintiff has not first obtained a judgment against the insured tortfeasor in a separate action and therefore, pursuant to G.L. § 27-7-2, lacks standing to proceed in an action directly against the defendant insurer.

## FOURTH DEFENSE

The complaint should be dismissed as Attorneys Mancini and Goodier's representation of both the claimant and insured tortfeasor against the defendant-insurer presents an unacceptable conflict of interest under G.L. § 27-7-2, which requires a claimant-plaintiff to first obtain a judgment against the insured tortfeasor before proceeding on that judgment against an insurer.

## FIFTH DEFENSE

Pursuant to G.L. § 9-1-33, Richmond, a third party claimant, has no standing to bring an action in bad faith against an insurer under a contract to which it was not a party and thus the Complaint should be dismissed.

## SIXTH DEFENSE

The Complaint should be dismissed as no coverage is afforded under the policy of insurance at issue.

## SEVENTH DEFENSE

The Complaint should be dismissed as the plaintiffs have failed to satisfy the conditions precedent necessary to trigger coverage under the subject policy.

## EIGHTH DEFENSE

The Complaint should be dismissed as the defendant's insured has not suffered a loss or damages necessary to trigger coverage under the policy.

## NINETH DEFENSE

Richmond has no contractual relation to the insurance contract at issue and thus has no standing, rights, or remedies under the policy.

## TENTH DEFENSE

Where Richmond is not a party to the insurance contract at issue and said insurance policy proscribes against the assignment of an insured's rights under the policy, Richmond has no standing, rights, or remedies under said policy.

## ELEVENTH DEFENSE

The Complaint should be dismissed pursuant to R.I. Sup. Ct. R. Civ. P. 12(b)(1) for lack of jurisdiction over the subject matter.

## TWELFTH DEFENSE

The Complaint should be dismissed pursuant to R.I. Sup. Ct. R. Civ. P. 12(b)(2) for lack of jurisdiction over the person.

## THIRTEENTH DEFENSE

The Complaint should be dismissed pursuant to R.I. Sup. Ct. R. Civ. P. 12(b)(3) for improper venue.

### FOURTEENTH DEFENSE

The Complaint should be dismissed pursuant to R.I. Super. Ct. R. Civ. P. 12(b)(4) for insufficiency of process.

### FIFTEENTH DEFENSE

The Complaint should be dismissed pursuant to R.I. Super. Ct. R. Civ. P. 12(b)(5) for insufficiency of service of process.

### SIXTEENTH DEFENSE

The Complaint should be dismissed pursuant to R.I. Super. Ct. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

### SEVENTEENTH DEFENSE

The Plaintiff's claims are barred by laches, waiver, and/or estoppel.

### EIGHTEENTH DEFENSE

The Plaintiff has failed to mitigate, minimize or avoid damages, if any, alleged in the Complaint; accordingly, any recovery must be reduced by the amount of damage resulting from such failure.

### NINETEENTH DEFENSE

The acts or omissions which are alleged to have caused the damages and/or injuries referred to in Plaintiff's Complaint were committed by a third party, who was not an agent or employee of the Defendant and for whose acts or omissions the Defendant is not legally responsible.

### TWENTIETH DEFENSE

The Complaint must be dismissed where this Defendant complied with all rules, statutes, and regulations.

### TWENTY-FIRST DEFENSE

The Complaint must be dismissed on the grounds that the Plaintiff is barred from recovery against the Defendant as a matter of law.

**THE DEFENDANT DEMANDS A TRIAL BY JURY.**

WHEREFORE, the Defendant demands that this action be dismissed and that judgment enter in the Defendant's favor together with costs.

THE DEFENDANT,
PROGRESSIVE CASUALTY
INSURANCE COMPANY,
BY ITS ATTORNEYS

Date: 1/9/14

Scott M. Carroll, Bar No.: 7624
John D. Bowen, Bar No.: 9070
Boyle, Shaughnessy & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775