UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
SUPERIOR COURT

C.A. NO.: 2014-018-M

| | |
|---|---|
| RICHMOND MOTOR SALES, INC., | ) |
| and LISA ROBERTSON | ) |
| *Plaintiffs* | ) |
| | ) |
| vs. | ) |
| | ) |
| PROGRESSIVE CASUALTY | ) |
| INSURANCE COMPANY a/k/a THE | ) |
| PROGRESSIVE CORPORATION | ) |
| *Defendant* | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties to the above-captioned action hereby stipulate that said action be dismissed with prejudice, without costs, and all rights of appeal waived.

THE PLAINTIFFS,
RICHMOND MOTOR SALES INC., and
LISA ROBERTSON
BY THEIR ATTORNEYS,


/s/ John O. Mancini, Esq.
John O. Mancini, Esq., Bar No.: 6061
Nicholas J. Goodier, Esq., Bar No.: 7858
Kelly & Mancini, P.C.,
128 Dorrance Street, Suite 300
Providence, RI 02903
Phone:  (401) 490-7334

THE DEFENDANT,
PROGRESSIVE CASUALTY
INSURANCE COMPANY,
BY ITS ATTORNEYS,


/s/ John D. Bowen, Esq.
Scott M. Carroll, Bar No.: 7624
John D. Bowen, Bar No.: 9070
Boyle, Shaughnessy & Campo, P.C.
One Turks Head Place, Suite 1330
Providence, RI 02903
Phone: (401) 270-7676 telephone
Fax: (401) 454-4005 facsimile

**<u>CERTIFICATION</u>**

I hereby certify that on this 18th day of March, 2014, a true copy of the foregoing was served first-class postage prepaid on all parties or their representatives in this action as listed below:

John O. Mancini, Esq.
Nicholas J. Goodier, Esq.
Law Officers of Michael A. Kelly, P. C.
128 Dorrance Street, Suite 300
Providence, RI 02903

/s/ John D. Bowen, Esq.
Scott M. Carroll, Bar No.: 7624
John D. Bowen, Bar No.: 9070